IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:12-cv-00373-FL

| | |
|---|---|
| GREGORY M. MABELEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MEMC ELECTRONIC MATERIALS, INC.;<br>MEMC PASADENA, INC.; POTASH<br>CORPORATION OF SASKATCHEWAN,<br>INC., PCS PHOSPHATE COMPANY, INC.,<br>PCS SALES (USA), INC., FIBA<br>TECHNOLOGIES, INC., RICHARDS<br>INDUSTRIES, INC., RICHARDS<br>INDUSTRIES, LLC and STEVE BECKEL,<br><br>　　　　Defendants. | **ORDER ON MOTION TO REFLECT<br>CORPORATE NAME CHANGE AND<br>AMEND CASE CAPTION** |

THIS MATTER is before the Court upon the motion of Defendant MEMC Electronic Materials, Inc. to amend the case caption and any relevant Court records to reflect the change in its corporate name to SunEdison, Inc. It appearing to the Court that MEMC Electronic Materials, Inc.'s motion is warranted, the Motion to Reflect Corporate Name Change and Amend Case Caption is GRANTED.

The Court directs the Clerk of Court to amend the case caption and any relevant Court records to change MEMC Electronic Materials, Inc.'s name to SunEdison, Inc.

This the __3rd__ day of __July__, 2013.

_____
LOUISE W. FLANAGAN
United States District Judge